**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1991

ROBERT B. CURINGTON; ASHLEY BROOKS,

Plaintiffs - Appellants,

v.

UMG RECORDINGS, INCORPORATED; ALMO MUSIC CORPORATION, d/b/a Rondor Music International; JOE WHEELER; TEMPORAL SONGS, LIMITED; LAURENCE MIZZEL; ALRUBY MUSIC CORPORATION; AMARU ENTERTAINMENT COMPANY,

Defendants – Appellees.

No. 11-2413

ROBERT B. CURINGTON; ASHLEY BROOKS,

Plaintiffs - Appellants,

v.

UMG RECORDINGS, INCORPORATED; ALMO MUSIC CORPORATION, d/b/a Rondor Music International; JOE WHEELER; TEMPORAL SONGS, LIMITED; LAURENCE MIZZEL; ALRUBY MUSIC CORPORATION; AMARU ENTERTAINMENT COMPANY,

Defendants - Appellees.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:10-cv-00890-CCE-PTS)

Submitted:  February 27, 2012          Decided:  February 29, 2012

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert B. Curington, Ashley Brooks, Appellants Pro Se.  Linda M. Burrow, Alison Mackenzie, CALDWELL LESLIE & PROCTOR, P.C., Los Angeles, California, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert B. Curington and Ashley Brooks Music appeal the district court's orders dismissing their copyright infringement suit and awarding attorney's fees and costs to the Defendants, pursuant to 17 U.S.C. § 505 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Curington v. UMG Recordings, Inc., No. 1:10-cv-00890-CCE-PTS (M.D.N.C. Aug. 12, 2011; Dec. 2, 2011). We deny Appellants' motions for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED